82,080-01,02

2.5.15

Just writing to inform you that
My new mailing address is:

ALFREDO RIVERA
200 SPACE BLVD
APT. 37-A
DEl RIO, TX 78840

in regards to 1107:
    wr - 82,080 -01
    wr - 82,080 - 02

Thank You.

*Alfredo Rivera*

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 09 2015

Abel Acosta, Clerk